IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


STEVEN L. MAYLEE                                                                    PLAINTIFF


　　v.                                         CIVIL NO. 25-3082


FRANK BISIGNANO, Commissioner
Social Security Administration                                                     DEFENDANT


## MEMORANDUM OPINION

Plaintiff, Steven L. Maylee, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying his application for supplemental security income (SSI) benefits under the provisions of Titles XVI of the Social Security Act (Act). (ECF No. 2). The Defendant filed the administrative transcript on February 12, 2026. (ECF No. 10).

On April 10, 2026, the Commissioner filed an unopposed motion to remand Plaintiff's case pursuant to "sentence four" of section 405(g) in order to conduct further administrative proceedings.  (ECF No. 13).

The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g).  A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider new, material evidence that was for good cause not presented before the agency.  The fourth sentence of the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of

Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g); *Shalala v. Schaefer,* 509 U.S. 292, 296 (1993).

Based on the foregoing, the Court finds appropriate remand for further administrative action pursuant to "sentence four" of section 405(g).

DATED this 10th day of April 2026.

/s/ *Christy Comstock*

CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE